UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN FELLOWS, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>BRIDGEPOINT EDUCATION, INC., a Delaware corporation,<br><br>    Defendant. | Case No.  18-cv-02465-AJB-WVG<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The Court having considered the parties' Joint Motion to Dismiss with Prejudice,

IT IS HEREBY ORDERED that all claims by the Plaintiff Ann Fellows, individually, against the Defendant are hereby dismissed with prejudice.

IT IS FURTHER ORDERED each party will bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  February 1, 2019

Hon. Anthony J. Battaglia
United States District Judge